# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| VICTOR MEDLOCK JR., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:17-CV-00108-RWS |
| | § | |
| v. | § | |
| | § | |
| ASA HUTCHINSON ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Plaintiff Victor Medlock, a former inmate of the Bowie County Correctional Center in Texarkana, Texas, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

The Magistrate Judge issued a Report recommending dismissal without prejudice of two Defendants: Arkansas Governor Asa Hutchinson and Arkansas Department of Corrections Director Wendy Kelley. Docket No. 15. Plaintiff received a copy of this Report on November 29, 2017. Docket No. 16. No objections were filed. In the absence of objections, the Court reviews the Magistrate Judge's Report for clear error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc); *see United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (explaining that the clear error standard is "appropriate only where there has been no objection to the magistrate's ruling").

Having reviewed the Report and record, the Court agrees with the Magistrate Judge that Defendants Governor Hutchinson and Director Kelley should be dismissed for lack of general or specific jurisdiction. Accordingly, it is

**ORDERED** the Report of the Magistrate Judge (Docket No. 15) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** the Plaintiff's claims against Governor Hutchinson and Director Kelley are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED this 31st day of January, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE